■ HARRY A. REOUX, Respondent, v. ADELIA H. REOUX, Appellant.— Application by the defendant-appellant to amend the order of reversal herein to provide for a reference. Application granted, without costs, and John J. Conway, Esq., of Albany, N. Y., is appointed Referee to take the account. The order of reversal is thus finally settled and judgment may be entered thereon. Cross application by the plaintiff-respondent denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See 3 A D 2d 560.]